UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KUSUMA NIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 17-0998 (ESH) |

### ORDER

In support of their response to the pending motion for preliminary injunction, defendants submitted a declaration from Daniel Renaud, the Associate Director of the Field Operations Directorate at USCIS Headquarters in Washington, D.C. (*See* Renaud Decl., ECF No. 19-6.) In his declaration, Mr. Renaud describes a series of actions taken by the USCIS between February 28, 2017, and July 7, 2017, pertaining to USCIS's handling of naturalization applications from MAVNI enlistees, but did not include copies of any written documentation of these actions. (*See* Renaud Decl. ¶¶ 23-26.) In addition, the current record does not include copies of the actual enlistment contracts for any of the plaintiffs.

Accordingly, it is hereby

**ORDERED** that by no later than **10 a.m. on Monday, July 17, 2017**, defendants shall file copies of any written documentation of the actions described in ¶¶ 23-26 of the Renaud Declaration and copies of the complete enlistment contracts, including any attachments, for those plaintiffs seeking preliminary injunctive relief.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 14, 2017