UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KUSUMA NIO,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** *et al.*, <br><br> Defendants. | Civil Action No. 17-0998 (ESH) |

## ORDER

It is hereby

**ORDERED** that plaintiffs' motion for a preliminary injunction, ECF No. 63, is **GRANTED** for the reasons stated at the hearing held on this date and for the reasons set forth in the Court's opinion granting a preliminary injunction in *Kirwa v. United States Department of Defense*, 17-cv-1793, October 25, 2017, ECF No. 29; it is further

**ORDERED** that defendants are preliminarily enjoined from implementing Section III of DOD's October 13, 2017 Guidance; it is further

**ORDERED** that defendants are preliminarily enjoined from decertifying, rescinding, recalling, revoking, or otherwise invalidating plaintiffs' or the class' existing and duly issued Form N-426s, except as related to the conduct of a class member and based on sufficient grounds generally applicable to members of the military for re-characterization of service; and it is further

**ORDERED** that plaintiffs' motion for a temporary restraining order, ECF No. 63, is

**DENIED** as moot.

    **SO ORDERED**.

                          /s/   *Ellen Segal Huvelle*
                          ELLEN SEGAL HUVELLE
                          United States District Judge

Date:   October 27, 2017