# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. KUSUMA NIO, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:17-00998-ESH |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) |
| Defendants. | ) |

## DEFENDANTS' WEEKLY STATUS REPORT FOR THE WEEK OF NOVEMBER 10, 2017, TO NOVEMBER 17, 2017.

Pursuant to the Court's September 6, 2017 Order (ECF Nos. 36, 43), Defendants, United States Department of Homeland Security, *et al.*, file the attached weekly report, and note that the Agency Defendants inform the DOJ of the following:

1. Pursuant to the Court's Order on Plaintiffs' preliminary injunction motion (ECF No. 74), DoD has not implemented Section III of DoD's October 13, 2017 policy, Certification of Honorable Service for Members of the Selected Reserve of the Ready Reserve and Members of the Active Components of the Military or Naval Forces for Purposes of Naturalization. Accordingly, DoD will not decertify, rescind, recall, revoke, or otherwise invalidate Plaintiffs' or the class' Form N-426s, "except as related to the conduct of a class member and based on sufficient grounds generally applicable to members of the military for re-characterization of service." *Id.*; *see also* ECF No. 73, Court's Order on Plaintiffs' Amended Motion for Class Certification.

2. At this time, no Army official has separated any of the named Plaintiffs from the Army. However, if any of the named Plaintiffs are determined to be unsuitable they may be discharged.

3. At this time, there has been no final favorable military suitability determination for any of the named Plaintiffs.

4. At this moment, none of the eight named Plaintiffs are at risk of imminent deportation. A Notice to Appear issuance (followed by removal proceedings, then a final finding of removability, then possibly further appeals) is a necessary predicate to a final removal order for any of these named Plaintiffs. No named Plaintiff has been issued a Notice to Appear.

There are no further updates regarding the Court's September 15, 2017 questions (ECF No. 46). Thus, the responses to the Court's questions submitted on September 22, 2017 and October 13, 2017 (ECF Nos. 51, 58), remain accurate.

DATED:  November 17, 2017                    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation

COLIN A. KISOR
Deputy Director

*/s/ Sarah L. Vuong*
SARAH L. VUONG
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: 202-532-4281
Facsimile: 202-305-7000
e-Mail: sarah.l.vuong@usdoj.gov

By: */s/ Elianis N. Perez*
ELIANIS N. PEREZ
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: 202-616-9124
Facsimile: 202-305-7000
e-Mail: elianis.perez@usdoj.gov

ATTORNEYS FOR DEFENDANTS

3

**November 17, 2017 WEEKLY REPORT**

| PLAINTIFF | Enlistment Date | N-400 Filing Date | Immigration Status | N-426 Remains Certified* | DTP Time Out | NIAC (National Intelligence Agency Check) Complete | SSBI Open | SSBI Closed | CI Focused Security Interview | CAF Status | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Li, Wanjing | 2/5/2016 | 8/17/2016 | Based on the information known to DHS, Ms. Li has no lawful immigration status. On October 23, 2017, USCIS approved Ms. Li's Form I-131, Application for Travel Document, and Form I-765, Application for Employment Authorization. Pending: Form I-485, Application to Adjust Status on 8/28/17, based upon marriage to U.S. citizen. | Yes | 2/4/2019 | 1/24/2017 | 2/10/2016 | 7/24/2017 (530 days to completion) | Occurred: 9/22/2017 | In progress. CAF awaits the Counterintelligence Focused Screening Report.** | No Notice to Appear issued. |
| Calisto Alves de Almeida, Haendel Crist | 5/26/2016 | 2/6/2017 | Based on the information known to DHS, Mr. Calisto Alves de Almeida has lawful immigration status. He is an F-1 nonimmigrant student admitted for duration of status. | Yes | 5/26/2019 | 2/3/2017 | 8/29/2016 | 9/6/2017 (373 days to completion) | Occurred: 9/12/2017 | CAF adjudication complete, further review required by Army. | No Notice to Appear issued. |
| Batchu, Prashanth | 6/7/2016 | 3/23/2017 | Has lawful immigration status. H-1B worker visa valid until 11/2019. Pending: Form I-129, Petition for Nonimmigrant Worker filed on October 23, 2017. On November 14, 2017, Mr. Batchu's I-129 petition was approved for expedited processing, where USCIS guarantees 15 calendar day processing of the petiton or USCIS will refund the expedited processing fee. https://www.uscis.gov/forms/how-do-i-use-premium-processing-service | Yes | 6/7/2019 | 8/4/2016 | 6/10/2016 | 9/28/2017 (475 days to completion) | Scheduled: 1/23/2018 | In progress. CAF awaits the Counterintelligence Focused Screening Report. | No Notice to Appear issued. |
| Calixto, Lucas | 3/16/2016 | 3/7/2017 | Lawfully present. No nonimmigrant visa, Deferred Action for Childhood Arrivals (DACA) grant, valid through 8/2018. | Yes | 5/16/2019 | 1/6/2017 | 6/9/2016 | 7/19/2017 (405 days to completion) | Occurred: 9/26/2017 | In progress. CAF awaits the Counterintelligence Focused Screening Report. | No Notice to Appear issued. |
| Cheng, Shu | 2/23/2016 | 2/27/2017 | Based on the information known to DHS, Ms. Cheng has no lawful immigration status. Form I-539, Application To Extend/Change Nonimmigrant Status denied on November 3, 2017. | Yes | 2/22/2019 | 1/6/2017 | 2/25/2016 | 7/26/2017 (517 days to completion) | Occurred: 9/12/2017 | In progress. CAF awaits the Counterintelligence Focused Screening Report. | No Notice to Appear issued. |
| Hong, Seung Joo | 5/13/2016 | 2/28/2017 | Based on the information known to DHS, Mr. Hong has no lawful immigration status. Deferred Action application denied on 9/5/2017. | Yes | 5/13/2019 | 1/24/2017 | 5/17/2016 | 10/12/2017 (513 days to completion) | Occurred: 10/24/2017 | In progress. CAF awaits the Counterintelligence Focused Screening Report. | No Notice to Appear issued. |
| Liu, Ye | 3/16/2016 | 9/30/2016 | Lawfully present. No nonimmigrant visa, deferred action grant, valid through 3/2019. | Yes | 5/16/2019 | 1/6/2017 | 3/17/2016 |  | Occurred: 9/27/2017 | In progress. CAF awaits the Counterintelligence Focused Screening Report and SSBI. | No Notice to Appear issued. |
| Udeigwe, Emeka | 3/17/2016 | 1/13/2017 | Based on the information known to DHS, Mr. Udeigwe has lawful immigration status. He is an F-1 nonimmigrant student admitted for duration of status. | Yes | 3/17/2019 | 2/10/2017 | 3/21/2016 | 8/30/2016 (162 days to completion) | Occurred: 9/28/2017 | In progress. CAF awaits the Counterintelligence Focused Screening Report. | No Notice to Appear issued. |

*Pursuant to the Court's Order on Plaintiffs' preliminary injunction motion (ECF No. 74), DoD will not implement Section III of DoD's October 13, 2017 policy, Certification of Honorable Service for Members of the Selected Reserve of the Ready Reserve and Members of the Active Components of the Military or Naval Forces for Purposes of Naturalization. Accordingly, DoD will not decertify, rescind, recall, revoke, or otherwise invalidate Plaintiffs' or the class' Form N-426s, "except as related to the conduct of a class member and based on sufficient grounds generally applicable to members of the military for re-characterization of service." Id. ; see also ECF No. 73, Court's Order on Plaintiffs' Amended Motion for Class Certification.

** The Counterintelligence Focused Screening Report is generated after the CI interview.

## **CERTIFICATE OF SERVICE**
Civil Action No. 1:17-00998-ESH

I HEREBY CERTIFY that on this **17th day of November, 2017**, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing via e-mail to the following:

Joseph J. LoBue
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7493
(202) 639-7003 (fax)
joseph.lobue@friedfrank.com

ATTORNEY FOR PLAINTIFFS

*/s/ Elianis N. Perez*
Elianis N. Perez
Assistant Director
United States Department of Justice

ATTORNEY FOR DEFENDANTS

5