EXHIBIT C

| NAME (Last Name First Name Middle Name) | DEP/DTP Enlistment Date | Days in DEP/DTP (Auto-Calculation) |
|---|---|---|
| | 12/16/2015 | 805 |
| | 12/22/2015 | 799 |
| | 6/17/2016 | 621 |
| | 10/27/2015 | 855 |
| | 3/11/2016 | 705 |
| | 3/11/2016 | 719 |
| | 2/26/2016 | 733 |
| | 3/11/2016 | 698 |
| | 3/16/2016 | 719 |
| | 3/31/2016 | 714 |
| | 12/1/2015 | 820 |
| | 3/22/2016 | 708 |
| | 3/17/2006 | 713 |
| | 1/8/2016 | 782 |
| | 3/22/2016 | 708 |
| | 3/2/2016 | 728 |
| | 2/9/2016 | 750 |
| | 2/5/2016 | 754 |
| | 2/5/2016 | 754 |
| | 6/9/2016 | 629 |
| | 6/9/2016 | 629 |
| | 2/16/2016 | 743 |
| | 12/17/2015 | 804 |
| | 6/10/2016 | 628 |
| | 6/15/2016 | 623 |
| | 10/26/2015 | 856 |
| | 6/13/2016 | 625 |
| | 3/16/2016 | 714 |
| | 3/11/2016 | 719 |
| | 1/21/2016 | 769 |
| | 5/5/2016 | 664 |
| | 3/11/2016 | 719 |
| | 3/24/2016 | 706 |
| | 3/17/2016 | 713 |
| | 4/7/2016 | 692 |
| | 3/21/2016 | 709 |
| | 4/27/2016 | 672 |
| | 3/18/2016 | 712 |
| | 4/18/2016 | 672 |
| | 4/11/2016 | 688 |
| | 3/17/2016 | 713 |

* The data contained in this chart is currently being verified by the Department of the Army.

| | |
|---|---|
| 3/24/2016 | 706 |
| 1/8/2016 | 782 |
| 2/18/2016 | 741 |
| 3/24/2016 | 706 |
| 3/10/2016 | 720 |
| 3/18/2016 | 712 |
| 4/26/2016 | 673 |
| 4/19/2016 | 680 |
| 2/5/2016 | 754 |
| | |
| 5/16/2016 | 653 |
| 1/13/2016 | 777 |
| 3/18/2016 | 712 |
| 5/31/2016 | 638 |
| 1/8/2016 | 782 |
| 3/31/2016 | 699 |
| 12/2/2015 | 819 |
| 6/6/2016 | 632 |
| 5/12/2016 | 657 |
| 3/10/2016 | 720 |
| 4/8/2016 | 691 |
| 3/8/2016 | 722 |
| 5/18/2016 | 651 |
| 2/17/2016 | 742 |
| 6/17/2016 | 621 |
| 4/7/2016 | 692 |
| 2/24/2016 | 735 |
| 2/11/2016 | 748 |
| 2/17/2016 | 742 |
| 8/13/2015 | 930 |
| 12/30/2015 | 791 |
| 1/28/2016 | 762 |
| 3/14/2016 | 716 |
| 6/9/2016 | 629 |
| | |
| 1/22/2016 | 768 |
| 2/9/2016 | 750 |
| 5/20/2016 | 649 |
| 1/7/2016 | 783 |
| 3/30/2016 | 700 |
| 4/19/2016 | 680 |
| 6/7/2016 | 631 |
| 1/11/2016 | 779 |
| | |
| 3/30/2016 | 700 |
| 6/16/2016 | 622 |
| 1/26/2016 | 764 |

| | |
|---|---|
| 2/26/2016 | 733 |
| 6/21/2016 | 617 |
| 3/22/2016 | 708 |
| 12/30/2015 | 791 |
| 6/24/2016 | 614 |
| 5/10/2016 | 659 |
| 3/30/2016 | 700 |
| 1/7/2016 | 783 |
| 4/11/2016 | 688 |
| 12/11/2015 | 810 |
| 1/29/2016 | 761 |
| 9/3/2015 | 909 |
| 2/26/2016 | 733 |
| 1/7/2016 | 783 |
| | |
| | |
| 6/9/2016 | 629 |
| 12/23/2015 | 798 |
| 1/27/2016 | 763 |
| 1/21/2016 | 769 |
| 4/21/2016 | 678 |
| 2/9/2016 | 750 |
| 2/3/2016 | 756 |
| 4/21/2016 | 678 |
| 4/27/2016 | 672 |
| 5/26/2016 | 643 |
| | |
| 3/16/2016 | 714 |
| 4/29/2016 | 670 |
| 3/31/2016 | 699 |
| 2/3/2016 | 756 |
| 5/5/2016 | 664 |
| 6/7/2016 | 631 |
| 6/24/2016 | 614 |
| | |
| 6/24/2016 | 614 |
| 5/13/2016 | 656 |
| 5/19/2016 | 650 |
| 1/28/2016 | 762 |
| 4/20/2016 | 679 |
| 6/2/2016 | 636 |
| 10/22/2015 | 860 |
| 2/4/2016 | 755 |
| 3/22/2016 | 708 |
| 4/20/2016 | 679 |
| | |
| 2/5/2016 | 754 |

|  | 2/25/2016 | 734 |
|---|---|---|
|  | 2/29/2016 | 730 |
|  | 3/17/2016 | 713 |
|  | 5/13/2016 | 656 |
|  |  |  |
|  | 3/24/2016 | 706 |
|  | 2/18/2016 | 741 |
|  | 2/2/2016 | 757 |
|  | 3/14/2016 | 716 |
|  | 1/12/2016 | 778 |
|  | 2/23/2016 | 736 |
|  | 5/25/2016 | 644 |
|  | 1/14/2016 | 776 |
|  |  |  |
|  | 3/31/2016 | 699 |
|  |  |  |
|  | 10/8/2015 | 874 |
|  |  |  |
|  | 12/30/2015 | 791 |
|  | 5/10/2016 | 659 |
|  | 4/21/2016 | 678 |
|  | 6/16/2016 | 622 |
|  | 4/7/2016 | 692 |
|  | 1/22/2016 | 768 |
|  | 3/18/2016 | 712 |
|  | 4/20/2016 | 679 |
|  | 4/12/2016 | 687 |
|  | 4/12/2016 | 687 |
|  | 6/1/2016 | 637 |
|  | 5/12/2016 | 657 |
|  | 12/29/2015 | 792 |
|  | 2/2/2016 | 757 |
|  | 4/29/2016 | 670 |
|  | 3/25/2016 | 705 |
|  | 1/20/2016 | 770 |
|  | 4/28/2016 | 671 |
|  | 6/9/2016 | 629 |
|  |  |  |
|  | 5/2/2016 | 667 |
|  | 4/26/2016 | 673 |
|  | 12/1/2015 | 820 |
|  | 4/19/2016 | 680 |
|  | 6/2/2016 | 636 |
|  | 12/23/2015 | 798 |
|  | 5/17/2016 | 652 |

| | |
|---|---|
| 1/14/2016 | 776 |
| 3/10/2016 | 720 |
| 3/30/2016 | 700 |
| 5/6/2016 | 663 |
| 3/29/2016 | 701 |
| 5/31/2016 | 638 |
| 4/14/2016 | 685 |
| 3/17/2016 | 713 |
| | |
| 4/15/2016 | 684 |
| 2/1/2016 | 758 |
| | |
| 6/14/2016 | 624 |
| 3/10/2016 | 720 |
| 2/4/2016 | 755 |
| | |
| 2/17/2016 | 742 |
| 5/4/2016 | 665 |
| 2/25/2016 | 734 |
| 12/23/2015 | 798 |
| 4/21/2016 | 678 |
| 5/25/2016 | 644 |
| 6/9/2016 | 629 |
| | |
| 3/23/2016 | 707 |
| 4/12/2016 | 687 |
| 3/24/2016 | 706 |
| 12/8/2015 | 813 |
| 2/18/2016 | 741 |
| 5/12/2016 | 657 |
| 3/15/2016 | 715 |
| 3/10/2016 | 720 |
| 12/17/2015 | 804 |
| 5/12/2016 | 657 |
| | |
| 1/8/2016 | 782 |
| 6/6/2016 | 632 |
| 5/13/2016 | 656 |
| 6/17/2016 | 621 |
| 3/11/2016 | 719 |
| 5/12/2016 | 657 |
| 4/12/2016 | 687 |
| | |
| 5/26/2016 | 643 |
| 5/9/2016 | 660 |
| 5/19/2016 | 650 |
| 6/2/2016 | 636 |

| | |
|---|---|
| 11/20/2015 | 831 |
| 5/6/2016 | 663 |
| 3/17/2016 | 713 |
| 4/12/2016 | 687 |
| 5/26/2016 | 643 |
| | |
| 1/12/2016 | 778 |
| 11/19/2015 | 832 |
| | |
| 6/6/2016 | 632 |
| 1/28/2016 | 762 |
| 11/2/2015 | 849 |
| | |
| 3/18/2016 | 712 |
| 12/3/2015 | 818 |
| 6/22/2016 | 616 |
| 1/27/2016 | 763 |
| 9/30/2015 | 882 |
| 12/23/2015 | 798 |
| 4/19/2016 | 680 |
| 3/21/2016 | 709 |
| 2/10/2016 | 749 |
| 3/25/2016 | 705 |
| 3/17/2016 | 713 |
| 4/8/2016 | 691 |
| 6/15/2016 | 623 |
| 5/10/2016 | 659 |
| 3/28/2016 | 702 |
| 6/14/2016 | 624 |
| 3/22/2016 | 708 |
| 11/17/2015 | 834 |
| 4/13/2016 | 686 |
| | |
| 3/21/2016 | 709 |
| 12/17/2015 | 804 |
| 6/10/2016 | 628 |
| 12/18/2015 | 803 |
| 1/26/2016 | 764 |
| 4/7/2016 | 692 |
| 6/13/2016 | 625 |
| 3/29/2016 | 701 |
| 3/3/2016 | 727 |
| | |
| 4/19/2016 | 680 |
| 2/19/2016 | 740 |
| 4/14/2016 | 685 |
| 3/21/2016 | 709 |

| | |
|---|---|
| 6/8/2016 | 630 |
| 12/8/2015 | 813 |
| 6/2/2016 | 636 |
| 1/11/2016 | 779 |
| 3/30/2016 | 700 |
| 3/1/2016 | 729 |
| 2/19/2016 | 740 |
| 12/1/2015 | 820 |
| 3/24/2016 | 706 |
| 3/24/2016 | 706 |
| 12/9/2015 | 812 |
| 2/5/2016 | 754 |
| 6/24/2016 | 614 |
| | |
| 5/18/2016 | 651 |
| | |
| 3/17/2016 | 713 |
| 5/18/2016 | 651 |
| 4/19/2016 | 680 |
| 6/23/2016 | 615 |
| 6/22/2016 | 616 |
| 3/31/2016 | 699 |
| | |
| 3/11/2016 | 719 |
| 4/14/2016 | 685 |
| | |
| 1/29/2016 | 761 |
| 12/11/2015 | 810 |
| 1/13/2016 | 777 |
| 3/10/2016 | 720 |
| 12/11/2015 | 810 |
| 3/2/2016 | 728 |
| 4/18/2016 | 681 |
| 4/19/2016 | 680 |
| 1/28/2016 | 762 |
| 3/2/2016 | 728 |
| 3/25/2016 | 705 |
| 12/30/2015 | 791 |
| 5/13/2016 | 656 |
| 3/7/2016 | 723 |
| 3/24/2016 | 706 |
| 6/2/2016 | 636 |
| 3/29/2016 | 701 |
| 11/19/2015 | 832 |
| 4/27/2016 | 672 |
| | |
| 4/13/2016 | 686 |

7

| | |
|---|---|
| 5/12/2016 | 657 |
| 6/15/2016 | 623 |
| 12/30/2015 | 791 |
| 6/9/2016 | 629 |
| 1/28/2016 | 762 |
| 12/21/2015 | 800 |
| 3/11/2016 | 719 |
| 5/23/2016 | 646 |
| | |
| 12/1/2015 | 820 |
| 3/22/2016 | 708 |
| | |
| | |
| 12/17/2015 | 804 |
| 2/23/2016 | 736 |
| 5/11/2016 | 658 |
| 10/21/2015 | 861 |
| 11/24/2015 | 827 |
| | |
| 2/11/2016 | 748 |
| 1/28/2016 | 762 |
| 1/29/2016 | 761 |
| 4/28/2016 | 671 |
| 4/29/2016 | 670 |
| 5/20/2016 | 649 |
| 4/19/2016 | 680 |
| 3/30/2016 | 700 |
| 5/26/2016 | 643 |
| 12/30/2015 | 791 |
| 5/20/2016 | 649 |
| 1/6/2016 | 784 |
| 2/4/2016 | 755 |
| 5/16/2016 | 653 |
| 2/26/2016 | 733 |
| 5/12/2016 | 657 |
| 12/30/2015 | 791 |
| 6/22/2016 | 616 |
| 4/28/2016 | 671 |
| | |
| 3/16/2016 | 714 |
| 1/29/2016 | 761 |
| 6/10/2016 | 628 |
| 3/2/2016 | 728 |
| 3/2/2016 | 728 |
| 3/11/2016 | 719 |
| 3/18/2016 | 712 |
| 12/16/2015 | 805 |

| | |
|---|---|
| 6/20/2016 | 618 |
| 4/28/2016 | 671 |
| 12/8/2015 | 813 |
| | |
| 6/24/2016 | 614 |
| 12/17/2015 | 804 |
| 6/14/2016 | 624 |
| 3/17/2016 | 713 |
| 3/14/2016 | 716 |
| 3/11/2016 | 719 |
| | |
| | |
| 12/3/2015 | 818 |
| 6/14/2016 | 624 |
| | |
| 6/9/2016 | 629 |
| 6/24/2016 | 614 |
| 2/11/2016 | 748 |
| 4/12/2016 | 687 |
| 3/2/2016 | 728 |
| 2/18/2016 | 741 |
| 12/3/2015 | 818 |
| 5/10/2016 | 659 |
| 3/21/2016 | 709 |
| 4/21/2016 | 678 |
| 3/21/2016 | 709 |
| 5/24/2016 | 645 |
| 1/29/2016 | 761 |
| 3/23/2016 | 707 |
| 5/5/2016 | 664 |
| | |
| 6/15/2016 | 623 |
| 12/7/2015 | 814 |
| 3/24/2016 | 706 |
| | |
| | |
| 12/30/2015 | 791 |
| 5/23/2016 | 646 |
| | |
| 3/31/2016 | 699 |
| 7/23/2015 | 951 |
| | |
| 5/24/2016 | 645 |
| | |
| 5/25/2016 | 644 |
| | |
| 5/18/2016 | 651 |

9

| | |
|---|---|
| 6/8/2016 | 630 |
| 8/11/2016 | 566 |
| 2/16/2016 | 743 |
| 5/12/2016 | 657 |
| 6/9/2016 | 629 |
| 12/15/2015 | 806 |
| 4/27/2016 | 672 |
| | |
| 5/17/2016 | 652 |
| 3/9/2016 | 721 |
| 2/22/2016 | 737 |
| 6/22/2016 | 616 |
| 12/23/2015 | 798 |
| 6/7/2016 | 631 |
| 4/8/2016 | 691 |
| 5/11/2016 | 658 |
| 12/14/2015 | 807 |
| 6/9/2016 | 629 |
| 3/3/2016 | 727 |
| 1/4/2016 | 786 |
| 5/25/2016 | 644 |
| 4/7/2016 | 692 |
| 4/11/2016 | 688 |
| 2/8/2016 | 751 |
| 3/1/2016 | 729 |
| 6/9/2016 | 629 |
| 5/4/2016 | 665 |
| 12/7/2015 | 814 |
| 4/21/2016 | 678 |
| 3/16/2016 | 714 |
| 3/11/2016 | 719 |
| 2/5/2016 | 754 |
| 1/29/2016 | 761 |
| 1/14/2016 | 776 |
| 3/28/2016 | 702 |
| 10/26/2015 | 856 |
| 4/27/2016 | 672 |
| 3/18/2016 | 712 |
| 2/26/2016 | 733 |
| 2/18/2016 | 741 |
| 12/23/2015 | 798 |
| 4/5/2016 | 694 |
| 12/15/2015 | 806 |
| 12/23/2015 | 798 |
| 4/7/2016 | 692 |
| 5/31/2016 | 638 |
| 3/18/2016 | 712 |

10

| | |
|---|---|
| 2/22/2016 | 737 |
| 3/3/2016 | 727 |
| 10/16/2015 | 866 |
| 12/17/2015 | 804 |
| 6/1/2016 | 637 |
| 1/29/2016 | 761 |
| 3/3/2016 | 727 |
| 6/16/2016 | 622 |
| 1/19/2016 | 771 |
| 2/18/2016 | 741 |
| 3/16/2016 | 714 |
| 4/5/2016 | 694 |
| 6/1/2016 | 637 |
| 1/13/2016 | 777 |
| 6/20/2016 | 618 |
| 12/17/2015 | 804 |
| 4/21/2016 | 678 |
| 1/13/2016 | 777 |
| 12/17/2015 | 804 |
| | |
| 1/14/2016 | 776 |
| 5/10/2016 | 659 |
| 4/12/2016 | 687 |
| 12/8/2015 | 813 |
| 5/20/2016 | 649 |
| | |
| 3/11/2016 | 719 |
| 4/1/2016 | 698 |
| 12/23/2015 | 798 |
| 5/3/2016 | 666 |
| 1/29/2016 | 761 |
| 6/1/2016 | 637 |
| 3/16/2016 | 714 |
| 1/6/2016 | 784 |
| 4/5/2016 | 694 |
| 5/6/2016 | 663 |
| 12/8/2015 | 813 |
| 2/19/2016 | 740 |
| 3/24/2016 | 706 |
| 11/30/2015 | 821 |
| | |
| | |
| 4/22/2016 | 677 |
| 12/18/2015 | 803 |
| 5/4/2016 | 665 |
| 2/4/2016 | 755 |
| 3/31/2016 | 699 |

| | |
|---|---|
| 12/18/2015 | 803 |
| 4/13/2016 | 686 |
| 4/29/2016 | 670 |
| 1/29/2016 | 761 |
| 4/8/2016 | 691 |
| 9/28/2015 | 884 |
| 4/7/2016 | 692 |
| 1/20/2016 | 770 |
| 12/28/2015 | 793 |
| 3/3/2016 | 727 |
| 2/5/2016 | 754 |
| 3/16/2016 | 714 |
| 3/16/2016 | 714 |
| 1/8/2016 | 782 |
| 6/7/2016 | 631 |
| 2/25/2016 | 734 |
| 5/3/2016 | 666 |
| 3/11/2016 | 719 |
| 6/1/2016 | 637 |
| 5/25/2016 | 644 |
| 4/14/2016 | 685 |
| 1/22/2016 | 768 |
| 2/4/2016 | 755 |
| 5/5/2016 | 664 |
| 3/18/2016 | 712 |
| 2/5/2016 | 754 |
| 3/30/2016 | 700 |
| 12/11/2015 | 810 |
| 5/5/2016 | 664 |
| 2/10/2016 | 749 |
| 6/1/2016 | 637 |
| 4/8/2016 | 691 |
| | |
| 1/26/2016 | 764 |
| | |
| 5/17/2016 | 652 |
| 5/17/2016 | 652 |
| 4/15/2016 | 684 |
| 3/31/2016 | 699 |
| 12/9/2015 | 812 |
| 4/8/2016 | 691 |
| 5/17/2016 | 652 |
| 6/2/2016 | 636 |
| 5/26/2016 | 643 |
| 3/30/2016 | 700 |
| 6/6/2016 | 632 |
| 1/26/2016 | 764 |

| | 6/17/2016 | 621 |
|---|---|---|
| | 6/7/2016 | 631 |
| | 1/26/2016 | 764 |
| | 3/16/2016 | 714 |
| | 1/29/2016 | 761 |
| | 4/25/2016 | 674 |
| | 2/26/2016 | 733 |
| | 5/4/2016 | 665 |
| | 5/17/2016 | 652 |
| | 5/20/2016 | 649 |
| | 9/30/2015 | 882 |
| | 3/25/2016 | 705 |
| | 5/12/2016 | 657 |
| | 3/31/2016 | 699 |
| | 3/25/2016 | 705 |
| | 6/16/2016 | 622 |
| | 11/13/2015 | 838 |
| | 1/14/2016 | 776 |
| | 2/16/2016 | 743 |
| | 4/8/2016 | 691 |
| | 4/13/2016 | 686 |
| | 5/26/2016 | 643 |
| | 6/22/2016 | 616 |
| | 5/18/2016 | 651 |
| | 2/18/2016 | 741 |
| | 12/21/2015 | 800 |

| | |
|---|---|
| 6/1/2016 | 637 |
| 1/7/2016 | 783 |
| 10/29/2015 | 853 |
| 6/7/2016 | 631 |
| 11/23/2015 | 828 |
| 3/25/2016 | 705 |
| 6/24/2016 | 614 |
| 12/8/2015 | 813 |
| 2/22/2016 | 737 |
| 6/24/2016 | 614 |
| 1/19/2016 | 771 |
| 5/6/2016 | 663 |
| 2/19/2016 | 740 |
| 2/25/2016 | 734 |
| 6/21/2016 | 617 |
| 12/22/2015 | 799 |
| 6/10/2016 | 628 |
| 1/14/2016 | 776 |
| 6/9/2016 | 629 |
| 3/11/2016 | 719 |
| 2/23/2016 | 736 |
| 6/8/2016 | 630 |
| 3/30/2016 | 700 |
| 4/1/2016 | 698 |

|  | 2/4/2016 | 755 |
|---|---|---|
|  | 3/18/2016 | 712 |
|  | 6/23/2016 | 615 |
|  | 3/1/2016 | 729 |
|  | 3/18/2016 | 712 |
|  | 12/23/2015 | 798 |
|  | 12/3/2015 | 818 |
|  | 6/24/2016 | 614 |
|  | 3/18/2016 | 712 |
|  | 12/21/2015 | 800 |
|  | 8/6/2015 | 937 |
|  | 3/16/2016 | 714 |
|  | 1/12/2016 | 778 |
|  | 4/6/2016 | 693 |
|  | 3/29/2016 | 701 |
|  | 9/25/2015 | 887 |
|  | 6/1/2016 | 637 |
|  | 2/29/2016 | 730 |
|  | 3/18/2016 | 712 |
|  | 3/29/2016 | 701 |
|  | 1/26/2016 | 764 |
|  | 4/21/2016 | 678 |
|  | 4/7/2016 | 692 |

| | | |
|---|---|---|
| 4/13/2016 | 686 | |
| | | |
| 3/10/2016 | 720 | |
| | | |
| 3/18/2016 | 712 | |
| | | |
| 3/14/2016 | 716 | |
| | | |
| 6/22/2016 | 616 | |
| | | |
| 11/12/2015 | 839 | |
| | | |
| 4/7/2016 | 692 | |
| | | |
| 12/17/2015 | 804 | |
| | | |
| 2/10/2016 | 749 | |
| | | |
| 6/17/2016 | 621 | |
| | | |
| 6/2/2016 | 636 | |
| | | |
| 12/15/2015 | 806 | |
| | | |
| 12/23/2015 | 798 | |
| | | |
| 3/25/2016 | 705 | |
| | | |
| 12/11/2015 | 810 | |
| | | |
| 2/19/2016 | 740 | |
| | | |
| 12/17/2015 | 804 | |
| | | |
| 3/17/2016 | 713 | |
| | | |
| 3/11/2016 | 719 | |
| | | |
| 12/29/2015 | 792 | |
| | | |
| 3/24/2016 | 706 | |
| | | |
| 1/5/2016 | 785 | |
| | | |
| 6/15/2016 | 623 | |
| | | |
| 1/26/2016 | 764 | |

| | |
|---|---|
| 3/16/2016 | 714 |
| | |
| 9/1/2016 | 545 |
| | |
| 3/10/2016 | 720 |
| | |
| 3/17/2016 | 713 |
| | |
| 5/6/2016 | 663 |
| | |
| 6/23/2016 | 615 |
| | |
| 4/21/2016 | 678 |
| | |
| 11/17/2015 | 834 |
| | |
| 6/1/2016 | 637 |
| | |
| 5/25/2016 | 644 |
| | |
| 4/12/2016 | 687 |
| | |
| 2/16/2016 | 743 |
| | |
| 2/10/2016 | 749 |
| | |
| 10/6/2015 | 876 |
| | |
| 3/16/2016 | 714 |
| | |
| 5/23/2016 | 646 |
| | |
| 4/22/2016 | 677 |
| | |
| 3/11/2016 | 719 |
| | |
| 1/6/2016 | 784 |
| | |
| 11/17/2015 | 834 |
| | |
| 11/18/2015 | 833 |
| | |
| 4/1/2016 | 698 |
| | |
| 3/21/2016 | 709 |
| | |

| | |
|---|---|
| 4/26/2016 | 673 |
| | |
| 4/12/2016 | 687 |
| | |
| 5/5/2016 | 664 |
| | |
| 2/19/2016 | 740 |
| | |
| 12/8/2015 | 813 |
| | |
| 4/19/2016 | 680 |
| | |
| 11/6/2015 | 845 |
| | |
| 1/29/2016 | 761 |
| | |
| 3/14/2016 | 716 |
| | |
| 1/22/2016 | 768 |
| | |
| 6/15/2016 | 623 |
| | |
| 5/3/2016 | 666 |
| | |
| 12/23/2015 | 798 |
| | |
| 1/29/2016 | 761 |
| | |
| 3/10/2016 | 720 |
| | |
| 3/17/2016 | 713 |
| | |
| 5/2/2016 | 667 |
| | |
| 6/9/2016 | 629 |
| | |
| 4/22/2016 | 677 |
| | |
| 12/3/2015 | 818 |
| | |
| 12/3/2015 | 818 |
| | |
| 5/9/2016 | 660 |
| | |
| 5/26/2016 | 643 |
| | |
| 12/23/2015 | 798 |

| | | |
|---|---|---|
| | 3/21/2016 | 709 |
| | 1/19/2016 | 771 |
| | 12/21/2015 | 800 |
| | 6/9/2016 | 629 |
| | 3/31/2016 | 699 |
| | 3/17/2016 | 713 |
| | 12/3/2015 | 818 |
| | 10/21/2015 | 861 |
| | 5/6/2016 | 663 |
| | 5/6/2016 | 663 |
| | 2/10/2016 | 749 |
| | 5/10/2016 | 659 |
| | 5/12/2016 | 657 |
| | 2/1/2016 | 758 |
| | 4/11/2016 | 688 |
| | 3/25/2016 | 705 |
| | 4/26/2016 | 673 |
| | 2/8/2016 | 751 |
| | 3/14/2016 | 716 |
| | 2/10/2016 | 749 |
| | 12/30/2015 | 791 |
| | 4/19/2016 | 680 |
| | 6/23/2016 | 615 |

| | | |
|---|---|---|
| | 2/16/2016 | 743 |
| | | |
| | 2/25/2016 | 734 |
| | | |
| | 3/17/2016 | 713 |
| | | |
| | 5/10/2016 | 659 |
| | | |
| | 6/21/2016 | 617 |
| | | |
| | 3/1/2016 | 729 |
| | | |
| | 6/22/2016 | 616 |
| | | |
| | 12/8/2015 | 813 |
| | | |
| | 2/1/2016 | 758 |
| | | |
| | 3/16/2016 | 714 |
| | | |
| | 2/17/2016 | 742 |
| | | |
| | 3/14/2016 | 716 |
| | | |
| | 11/17/2015 | 834 |
| | | |
| | 4/26/2016 | 673 |
| | | |
| | 6/14/2016 | 624 |
| | | |
| | 1/11/2016 | 779 |
| | | |
| | 3/28/2016 | 702 |
| | | |
| | 3/22/2016 | 708 |
| | | |
| | 2/4/2016 | 755 |
| | | |
| | 12/17/2015 | 804 |
| | | |
| | 5/12/2016 | 657 |
| | | |
| | 6/9/2016 | 629 |
| | | |
| | 12/16/2015 | 805 |
| | | |
| | 2/17/2016 | 742 |

| | | |
|---|---|---|
| 6/8/2016 | 630 | |
| 12/11/2015 | 810 | |
| 6/7/2016 | 631 | |
| 12/15/2015 | 806 | |
| 5/17/2016 | 652 | |
| 3/23/2016 | 707 | |
| 12/23/2015 | 798 | |
| 12/30/2015 | 791 | |
| 2/4/2016 | 755 | |
| 4/25/2016 | 674 | |
| 4/6/2016 | 693 | |
| 3/16/2016 | 714 | |
| 1/20/2016 | 770 | |
| 5/25/2016 | 644 | |
| 12/28/2015 | 793 | |
| 10/21/2015 | 861 | |
| 5/20/2016 | 649 | |
| 2/17/2016 | 742 | |
| 3/18/2016 | 712 | |
| 6/23/2016 | 615 | |
| 1/14/2016 | 776 | |
| 3/29/2016 | 701 | |
| 6/23/2016 | 615 | |

| | |
|---|---|
| 2/9/2016 | 750 |
| | |
| 4/7/2016 | 692 |
| | |
| 3/22/2016 | 708 |
| | |
| 1/12/2016 | 778 |
| | |
| 2/23/2016 | 736 |
| | |
| 4/19/2016 | 680 |
| | |
| 6/17/2016 | 621 |
| | |
| 3/30/2016 | 700 |
| | |
| 12/15/2015 | 806 |
| | |
| 2/11/2016 | 748 |
| | |
| 10/21/2015 | 861 |
| | |
| 3/16/2016 | 714 |
| | |
| 3/24/2016 | 706 |
| | |
| 4/22/2016 | 677 |
| | |
| 5/19/2016 | 650 |
| | |
| 12/16/2015 | 805 |
| | |
| 1/19/2016 | 771 |
| | |
| 12/17/2015 | 804 |
| | |
| 6/20/2016 | 618 |
| | |
| 4/22/2016 | 677 |
| | |
| 6/6/2016 | 632 |
| | |
| 4/28/2016 | 671 |
| | |
| 2/4/2016 | 755 |
| | |
| 1/22/2016 | 768 |

| | |
|---|---|
| 4/11/2016 | 688 |
| 1/22/2016 | 768 |
| 3/11/2016 | 719 |
| 4/26/2016 | 673 |
| 3/21/2016 | 709 |
| 3/17/2016 | 713 |
| 1/6/2016 | 784 |
| 2/5/2016 | 754 |
| 12/22/2015 | 799 |
| 6/10/2016 | 628 |
| 2/18/2016 | 741 |
| 2/5/2016 | 754 |
| 3/31/2016 | 699 |
| 5/31/2016 | 638 |
| 5/4/2016 | 665 |
| 1/14/2016 | 776 |
| 4/14/2016 | 685 |
| 5/20/2016 | 649 |
| 2/5/2016 | 754 |
| 6/24/2016 | 614 |
| 12/22/2015 | 799 |
| 3/18/2016 | 712 |
| 4/11/2016 | 688 |

| | 6/13/2016 | 625 |
|---|---|---|
| | | |
| | 12/14/2015 | 807 |
| | | |
| | 6/15/2016 | 623 |
| | | |
| | 4/29/2016 | 670 |
| | | |
| | 2/25/2016 | 734 |
| | | |
| | 6/15/2016 | 623 |
| | | |
| | 5/19/2016 | 650 |
| | | |
| | 6/23/2016 | 615 |
| | | |
| | 3/7/2016 | 723 |
| | | |
| | 4/13/2016 | 686 |
| | | |
| | 4/12/2016 | 687 |
| | | |
| | 4/19/2016 | 680 |
| | | |
| | 5/11/2016 | 658 |
| | | |
| | 11/6/2015 | 845 |
| | | |
| | 4/7/2016 | 692 |
| | | |
| | 4/1/2016 | 698 |
| | 3/16/2016 | 714 |
| | | |
| | 3/16/2016 | 714 |
| | | |
| | 3/17/2016 | 713 |
| | | |
| | 6/13/2016 | 625 |
| | | |
| | 5/12/2016 | 657 |
| | | |
| | 6/9/2016 | 629 |
| | | |
| | 4/12/2016 | 687 |
| | | |
| | 6/7/2016 | 631 |
| | | |

24

| | |
|---|---|
| 1/20/2016 | 770 |
| | |
| 2/5/2016 | 754 |
| | |
| 5/5/2016 | 664 |
| | |
| 12/11/2015 | 810 |
| | |
| 4/8/2016 | 691 |
| | |
| 6/23/2016 | 615 |
| | |
| 2/24/2016 | 735 |
| | |
| 3/24/2016 | 706 |
| | |
| 3/11/2016 | 719 |
| 12/10/2015 | 811 |
| 12/9/2015 | 812 |
| 11/20/2015 | 831 |