# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KUSUMA NIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:17-00998-ESH-RMM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' AUGUST 1, 2018, BI-WEEKLY STATUS REPORT

Pursuant to the Court's Order (ECF Nos. 36, 43, 88), Defendants, United States Department of Homeland Security, *et al.*, file the attached bi-weekly report, and note that the Agency Defendants inform the DOJ of the following:

1. Pursuant to the Court's Order on Plaintiffs' preliminary injunction motion (ECF No. 74), DoD has not implemented Section III of DoD's October 13, 2017 policy, Certification of Honorable Service for Members of the Selected Reserve of the Ready Reserve and Members of the Active Components of the Military or Naval Forces for Purposes of Naturalization. Accordingly, DoD will not decertify, rescind, recall, revoke, or otherwise invalidate Plaintiffs' or the class' Form N-426s, "except as related to the conduct of a class member and based on sufficient grounds generally applicable to members of the military for re-characterization of service." *Id.*; *see also* ECF No. 73, Court's Order on Plaintiffs' Amended Motion for Class Certification.

2. At this time, the Army has determined that some of the named Plaintiffs are unsuitable. None of the named Plaintiffs are currently separated from the Army.

3.   A total of four named Plaintiffs have now naturalized.  The CAF has completed its review of the remaining six named Plaintiffs.  Further review is now required by the Army in the one case for which an MSSD has not been issued.

4.   At this moment, none of the remaining named Plaintiffs are at risk of imminent deportation.  A Notice to Appear issuance (followed by removal proceedings, then a final finding of removability, then possibly further appeals) is a necessary predicate to a final removal order for any of these named Plaintiffs.  No named Plaintiff has been issued a Notice to Appear.

5.   USCIS has informed DOJ that it has not changed, and is complying with, its July 7, 2017 guidance.

There are no further updates regarding the Court's September 15, 2017 questions (ECF No. 46).  Thus, the responses to the Court's questions submitted on September 22, 2017 and October 13, 2017 (ECF Nos. 51, 58), remain accurate.

DATED:  August 1, 2018                    Respectfully submitted,

                                          CHAD A. READLER
                                          Acting Assistant Attorney General
                                          Civil Division

                                          WILLIAM C. PEACHEY
                                          Director, Office of Immigration Litigation

                                          COLIN A. KISOR
                                          Deputy Director

                                          By: */s/ Elianis N. Perez*_____
                                          ELIANIS N. PEREZ
                                          Assistant Director
                                          U.S. Department of Justice, Civil Division
                                          Office of Immigration Litigation –
                                          District Court Section
                                          P.O. Box 868, Washington, DC 20044
                                          Telephone: 202-616-9124
                                          Facsimile: 202-305-7000
                                          e-Mail: elianis.perez@usdoj.gov

                                          ATTORNEYS FOR DEFENDANTS

**August 1, 2018, Bi-Weekly REPORT**

| PLAINTIFF | Enlistment Date | N-400 Filing Date | Immigration Status | N-426 Remains Certified* | DTP Time Out | NIAC (National Intelligence Agency Check) Complete | SSBI Open | SSBI Closed | CI Focused Security Interview | CAF Status | MSSD Status | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Li, Wanjing | 2/5/2016 | 8/17/2016 | Ms. Wanjing Li, has successfully adjusted status based on her marriage to a U.S. citizen and is now a Lawful Permanent Resident. | Yes | 2/4/2019 | 1/24/2017 | 2/10/2016 | 7/24/2017 (530 days to completion) | Occurred: 9/22/2017 | CAF Adjudication complete. | MSSD completed on July 11, 2018. USCIS not yet notified. | No Notice to Appear issued. |
| Calisto Alves de Almeida, Haendel Crist | 5/26/2016 | 2/6/2017 | Based on the information known to DHS, Mr. Calisto Alves de Almeida has lawful immigration status.  He is an F-1 nonimmigrant student admitted for duration of status. | Yes | 5/26/2016 | 2/3/2017 | 8/29/2016 | 9/6/2017 (373 days to completion) | Occurred: 9/12/2017 | CAF adjudication complete. | Further review required by Army. | No Notice to Appear issued. |
| Batchu, Prashanth | 6/7/2016 | 3/23/2017 | Became a United States Citizen on 4/25/2018 | Yes | 6/7/2019 | 8/4/2016 | 6/10/2016 | 9/28/2017 (475 days to completion) | Occurred: 1/23/2018 | CAF Adjudication complete. | Received an MSSD on April 10, 2018. | No Notice to Appear issued. |
| Calixto, Lucas | 3/16/2016 | 3/7/2017 | Lawfully present.  No nonimmigrant visa, Deferred Action for Childhood Arrivals (DACA) grant, valid through April 5, 2020. Mr. Calixto's N-400 application remains pending. | Yes | 5/16/2019 | 1/6/2017 | 6/9/2016 | 7/19/2017 (405 days to completion) | Occurred: 9/26/2017 | CAF adjudication complete. | Received an MSSD on June 7, 2018.  The Army notified USCIS of its determination on June 8th. | No Notice to Appear issued. |
| Cheng, Shu | 2/23/2016 | 2/27/2017 | Became a United States Citizen on 3/23/2018. | Yes | 2/22/2019 | 1/6/2017 | 2/25/2016 | 7/26/2017 (517 days to completion) | Occurred: 9/12/2017 | CAF Adjudication complete. | Received an MSSD on March 1, 2018. | No Notice to Appear issued. |
| Hong, Seung Joo | 5/13/2016 | 2/28/2017 | Based on the information known to DHS, Mr. Hong has no lawful immigration status.  Deferred Action application denied on 9/5/2017. | Yes | 5/13/2019 | 1/24/2017 | 5/17/2016 | 10/12/2017 (513 days to completion) | Occurred: 10/24/2017 | CAF Adjudication complete. | MSSD completed on July 11, 2018. USCIS not yet notified. | No Notice to Appear issued. |
| Liu, Ye | 3/16/2016 | 9/30/2016 | Lawfully present.  No nonimmigrant visa, deferred action grant, valid through 3/2019. | Yes | 5/16/2019 | 1/6/2017 | 3/17/2016 | 12/28/2017 (651 days to completion) | Occurred: 9/27/2017 | CAF Adjudication complete. | MSSD completed on July 11, 2018. USCIS not yet notified. | No Notice to Appear issued. |
| Udeigwe, Emeka | 3/17/2016 | 1/13/2017 | Based on the information known to DHS, Mr. Udeigwe has lawful immigration status.  He is an F-1 nonimmigrant student admitted for duration of status. | Yes | 3/17/2019 | 2/10/2017 | 3/21/2016 | 8/30/2016 (162 days to completion) | Occurred: 9/28/2017 | CAF adjudication complete. | MSSD completed on July 5, 2018. USCIS not yet notified. | No Notice to Appear issued. |

*Pursuant to the Court's Order on Plaintiffs' preliminary injunction motion  (ECF No. 74), DoD will not implement Section III of DoD's October 13, 2017 policy, Certification of Honorable Service for Members of the Selected Reserve of the Ready Reserve and Members of the Active Components of the Military or Naval Forces for Purposes of Naturalization.  Accordingly, DoD will not decertify, rescind, recall, revoke, or otherwise invalidate Plaintiffs' or the class' Form N-426s, "except as related to the conduct of a class member and based on sufficient grounds generally applicable to members of the military for re-characterization of service."  *Id.* ; *see also*  ECF No. 73, Court's Order on Plaintiffs' Amended Motion for Class Certification.

** The Counterintelligence Focused Screening Report is generated after the CI interview.

**CERTIFICATE OF SERVICE**
Civil Action No. 1:17-00998-ESH-RMM

    I HEREBY CERTIFY that on this **1st day of August, 2018**, a true copy of the foregoing

was filed with the Clerk of the Court using the CM/ECF system which sent notification of such

filing via e-mail to the following:

Joseph J. LoBue
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7493
(202) 639-7003 (fax)
joseph.lobue@friedfrank.com

ATTORNEY FOR PLAINTIFFS

                                    */s/ Elianis N. Perez*
                                      ELIANIS N. PEREZ
                                      Assistant Director
                                      United States Department of Justice

                                      ATTORNEY FOR DEFENDANTS