**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. KUSUMA NIO, et al. *Plaintiffs*, v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., *Defendants*. | Civil Action No.17-00998-ESH-RMM |

**DEFENDANTS' OPPOSED REQUEST TO FILE PORTIONS OF THE SIX-WEEK REPORT EX PARTE, FOR REVIEW IN CAMERA, AND FOR THE REMAINDER TO BE DEEMED COVERED BY THE PROTECTIVE ORDER (ECF No. 123).**

Consistent with the relief sought by the government in *Calixto v. Army*, No. 18-cv-1551, (ECF No. 25), and pursuant to Local Civil Rule 5.1(h), Defendants respectfully move this Court for an Order granting leave to submit portions of the September 13, 2018 six-week report *ex parte*, for *in camera* review, and for the remainder (and any drafts) to be deemed covered by the existing protective order (ECF No. 123) as an interim measure until the Court can decide this issue on or after the October 3, 2018 hearing. Pursuant to Local Civil Rule 7(m), undersigned counsel contacted counsel for Plaintiffs via email at 3:30pm on Tuesday, September 11, to determine whether Plaintiffs oppose either part of Defendants' motion.  After brief email correspondence between the parties, Plaintiffs indicated they oppose Defendants' motion.  A proposed order is also submitted herewith.  In support of this motion, Defendants state the following:

1. On August 15, 2018, the Court ordered Defendants to include the following additional information in the six-week report:

> 1) for each class member whose MSSD has been completed, the defendants shall report whether those results were favorable or unfavorable, and
>
> 2) for each class member who has been issued a discharge order from the U.S. Army Recruiting Command (USAREC) and/or U.S. Army Reserve Command (USARC), defendants shall report the effective date of their discharge order(s) and if their discharge order(s) have been or will be revoked.

*See* August 15, 2018 Minute Order.

    2.    In *Calixto*, on August 13, 2018, following a conference call with the parties, the Court ordered, *inter alia*, that:

> [D]efendants shall file under seal, on or before September 4, 2018, at 12 p.m., a list of every person who has received a discharge order from the U.S. Army Recruiting Command (USAREC) and/or U.S. Army Reserve Command (USARC) that was effective within the year prior to the July 20, 2018 memorandum (July 20, 2017 through July 20, 2018) who were DTP or DEP MAVNI members and whose discharge order(s) are not expected to be revoked. This report shall specify whether each person's discharge was due to an unfavorable MSSD determination or some other reason, and if some other reason, what that reason was. . . .

*See Calixto*, 18-cv-1551, ECF No. 23.

    3.    On August 31, 2018, Defendants in *Calixto* sought clarification of the Court's order and "requested further guidance from the Court to clarify (1) if the Court contemplates that Defendants share the information with Plaintiffs' counsel; and (2) if the information is shared with Plaintiffs' counsel, what, if any, limitations will be placed on Plaintiffs' counsels' use of the information." *Calixto*, ECF No. 25.

    4.    Additionally, on September 5, 2018, Defendants in this case moved the Court to expand the existing protective order in this case (ECF No. 123) to protect from disclosure the information contained in Defendants' six-week reports and other similar reports containing sensitive confidential information. *See* ECF No. 180.

    5.    On September 5, 2018, the Court ordered a hearing regarding the pending motions in the following three matters for Wednesday, October 3, 2018 at 2:30 p.m.: *Nio v. United States*

*Department of Homeland Security*, No. 1:17-cv-00998-ESH-RMM; *Calixto v. United States Department of the Army*, No. 1:18-cv-01551-ESH; and *Kirwa v. United States Department of Defense*, No. 1:17-cv-01793-ESH-RMM.  *See* September 5, 2018, Minute Order.

6. Accordingly, consistent with the relief sought by the government in *Calixto* (ECF No. 25), Defendants request an Order granting leave to submit portions of the September 13, 2018 six-week report – specifically the additions to the six-week report ordered by the Court in its August 15, 2018, Minute Order – *ex parte*, for *in camera review*, until the Court rules on the pending motions in these related cases.

7. Additionally, Defendants request the Court to temporarily expand the protective order in this case (ECF No. 123) for the purposes of protecting from disclosure the information released to Plaintiffs on September 13, 2018 (and any drafts) – which contains confidential information – until the Court rules on the pending motions in these related cases. Thus, Defendants request that this Court expand – at least as a limited interim measure – the previously ordered protective order (ECF No. 123) to include the portions of the September 13, 2018 report (and subsequent reports) made by Defendants which are not filed on the public docket.  These portions should be considered as "protected material" within the meaning of ECF No. 123 in order to prevent the disclosure of information contained in the un-redacted versions of any of the reporting.

8. The motions are currently set for a hearing on Wednesday, October 3, 2018 at 2:30 p.m.

DATED:  September 12, 2018                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation

COLIN A. KISOR
Deputy Director

*/s/ Elianis N. Perez*
ELIANIS N. PEREZ
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: 202-616-9124
Facsimile: 202-305-7000
e-Mail: elianis.perez@usdoj.gov

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KUSUMA NIO, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendant*s. | Civil Action No.17-00998-ESH-RMM |

## [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO FILE PORTIONS OF THE SIX-WEEK REPORT IN CAMERA

Upon consideration of the Motion for Defendants to file portions of the six-week report *in camera*, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. Specifically Defendants shall file the additions to the six-week report ordered by the Court in its August 15, 2018, Minute Order – *ex parte*, for *in camera* review, until such time as the Court rules on the pending motions in these three related cases. *See* September 5, 2018, Minute Order.

Additionally, Defendants' Motion to temporarily expand the Protective Order (ECF No. 123) is hereby GRANTED. It is ORDERED that Plaintiffs' counsel may disclose the non-public information contained in Defendants' September 13, 2018 six-week report (and any drafts) only in accordance with the provisions of the Protective Order (ECF No. 123).

Dated: _____                    _____
                                            ELLEN S. HUVELLE
                                            United States District Judge