# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KUSUMA NIO, et al. *Plaintiffs*, v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., *Defendants*. | Civil Action No.17-00998-ESH-RMM |

## DEFENDANTS' NOTICE RE: SEPTEMBER 19, 2018, MINUTE ORDER

Pursuant to the Court's September 19, 2018 Minute Order, Defendants file this Notice indicating their responses to Plaintiffs' request for the following information:

1. Defendants do not object to providing Plaintiffs an Addendum to the September 13, 2018 Report, indicating (without providing the names or identities of these individuals) the total number of favorable and unfavorable MSSDs, and the total number of discharges.

2. Defendants will also provide the total number of discharges that have not been revoked and will not be revoked, and intend to provide a date range of effective discharge dates corresponding generally (but not specifically) to those discharges.

3. Defendants will provide this addendum to Plaintiffs and the Court by September 26, 2018, at 12:00 p.m.

DATED:  September 21, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation

COLIN A. KISOR
Deputy Director

*/s/ Elianis N. Perez*
ELIANIS N. PEREZ
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: 202-616-9124
Facsimile: 202-305-7000
e-Mail: elianis.perez@usdoj.gov

*/s/ C. Frederick Sheffield*
C. FREDERICK SHEFFIELD
U.S. Department of Justice, Civil Division
Office of Immigration Litigation –
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: 202-532-4737
Facsimile: 202-305-7000
e-Mail: carlton.f.sheffield@usdoj.gov

ATTORNEYS FOR DEFENDANTS