UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KUSUMA NIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 17-0998 (ESH) |
| MAHLON KIRWA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | Civil Action No. 17-1793 (ESH) |
| LUCAS CALIXTO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, *et al.*,<br><br>Defendants. | Civil Action No. 18-1551 (ESH) |

## PROTECTIVE ORDER

In light of the Court's hearing of October 3, 2018 and as agreed to by the parties, it is hereby

**ORDERED** that, unless otherwise specified by the Court, all Court-ordered reporting by defendants shall be filed publicly, except that defendants shall redact MAVNI soldier personally

identifiable information ("PII") – such as soldier name, A-number, and birth date – from the public filing.  Information that is not typically designated as PII – such as discharge dates, discharge reasons, MSSD completion dates and findings, etc. – shall not be redacted from the public filing. Defendants shall provide plaintiffs' counsel and the Court with unredacted versions of all reporting.

    Plaintiffs' counsel may disclose unredacted material from the reporting only as follows:

    a. To the individual MAVNI soldier with whom the PII is associated; however

        1. nothing within this Order restricts a soldier's use of his/her own PII or other information from defendants' reporting specific to that soldier, including MSSD information and discharge information, and

        2. an individual soldier may authorize plaintiffs' counsel to further disclose his/her own PII or other information specific to that soldier from the reporting.

    b. To the Court, this Court's official personnel, and any reviewing appellate court and its personnel as well as court reporters and interpreters in the above-captioned litigation.

    c. To plaintiffs' counsel, including any attorneys, paralegals, office clerks, secretaries, and other support staff to whom such disclosure plaintiffs' counsel deems reasonably necessary.  These persons shall use the redacted material only for purposes of the above-captioned litigation.

    d. To legal and/or subject matter experts and consultants (and the experts' or consultants' staff whose duties or responsibilities require access to such PII) engaged or consulted by plaintiffs' counsel to assist in the above-captioned

litigation. These persons shall use the redacted material only for purposes of the above-captioned litigation.

Pursuant to the Privacy Act, 5 U.S.C. § 552a(b)(11), defendants may release to plaintiffs' counsel the names and last known contact information for MAVNI soldiers who are potential class members in the above-captioned litigation, and who have been discharged since September 30, 2016, without obtaining the prior written consent of the individuals to whom such records or information pertain.

**SO ORDERED.**



_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   October 5, 2018