## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KUSUMA NIO**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF HOMELAND SECURITY**, *et al.*, <br><br> **Defendants.** | **Civil Action No. 17-0998 (ESH)** |

### JUDGMENT

The Court hereby converts the preliminary injunction set forth in the Court's October 27, 2017 Order (ECF No. 74) into a permanent injunction. Defendants are permanently enjoined from implementing Section III of DOD's October 13, 2017 Guidance. Defendants are permanently enjoined from decertifying, rescinding, recalling, revoking, or otherwise invalidating plaintiffs' or the class' existing and duly issued Form N-426s, except as related to the conduct of a class member and based on sufficient grounds generally applicable to members of the military for re-characterization of service.

The notice and comment (*see* 5 U.S.C. § 553; 5 U.S.C. 706(2)) and unreasonable delay (*see* 5 U.S.C. § 706(1)) claims contained in Count III, and Count V of plaintiffs' Second Amended Complaint are **DISMISSED WITH PREJUDICE** as to the named plaintiffs and on behalf of the class (as opposed to any individual claims of unnamed class members). All other claims in Count III and all remaining Counts are **DISMISSED WITH PREJUDICE**.

The Court will retain jurisdiction to enforce the permanent injunction set forth herein as well as the Court's May 22, 2019 Order granting partial summary judgment to plaintiffs and

vacating the MSSD Requirement (ECF No. 250).

This is a final, appealable Order.



ELLEN S. HUVELLE
United States District Judge

Date: August 20, 2020